Louis J. Mayer, appellant, v. Bohumil Fronek, appellee. Gen. No. 26,772.

Judgment by confession on a promissory note vacated and leave to defend given. Judgment for defendant on the trial. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 20, 1922.

Erwin E. Cowen, for appellant; Oscar Fainman, of counsel. Charles J. Michal, for appellee.

Mr. Justice McSurely delivered the opinion of the court.